IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHNATAN ESNEIDER GIRALDO CEBALLOS | § § § § | |
| *Petitioner,* | § § | |
| VS. | § § § | |
| SANDY HEATHMAN, Acting Director of the Houston Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; ALEXANDER SANCHEZ, Warden of the IAH Adult Secure Detention Facility | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:26-CV-00201 JUDGE MICHAEL J. TRUNCALE |
| *Respondents.* | § | |

## ORDER TRANSFERRING CASE TO
## EASTERN DISTRICT OF TEXAS, LUFKIN DIVISION

Petitioner filed his Petition for Writ of Habeas Corpus on May 26, 2026 in the Eastern District of Texas, Beaumont Division. [Dkt. 1]. The Court believes this matter should have been filed in the Lufkin Division.

Accordingly, the Court *sua sponte* **TRANSFERS** the above-styled matter to the Eastern District of Texas, Lufkin Division.

**SIGNED this 1st day of June, 2026.**

_____
Michael J. Truncale
United States District Judge